# In the United States Court of Federal Claims
(Pro Se)

|  |  |
|---|---|
| PETER JOSEPH POLINSKI, ) | |
| ) | |
| Plaintiffs, ) | No. 24-2136C |
| ) | (Filed: February 11, 2025) |
| v. ) | |
| ) | |
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Plaintiff Peter Polinski, proceeding pro se, filed this action on December 26, 2024. Compl., Docket No. 1. In lieu of paying the filing fee, Mr. Polinski filed an application to proceed in forma pauperis. Docket No. 2. However, the application omitted key information and was denied by this Court on January 8, 2025. Docket No. 5. The Court ordered Mr. Polinski to either pay the filing fee or submit a complete in forma pauperis application by February 10, 2025. Id.

Mr. Polinski filed a second application to proceed in forma pauperis on January 30, 2025. Docket No. 7. The application is again incomplete. Moreover, it lacks credibility. Mr. Polinski states that he has had no income for six years, that he does not own any property, and that he has only 33 cents in the bank. He still does not explain how, given his lack of income (or savings for that matter), he is able to pay his expenses. Instead, he states that he has "no expenses."

Mr. Polinski's application to proceed in forma pauperis is **DENIED**. Further, pursuant to this Court's order of January 8, 2025, and Rule 41(b) of the Rules of the Court of Federal Claims, this action is **DISMISSED without prejudice** for failure to prosecute. The Clerk is directed to enter judgment accordingly.

**IT IS SO ORDERED.**

ELAINE D. KAPLAN
Chief Judge